UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
LORENA MERCEDES, ETHEL DUBOUZET, and
BARBORA SIMPSON, on behalf of themselves and
others similarly situated,

                     Plaintiff,

         -against-

MANHATTAN FOOD & BEV LTD. d/b/a
REICHENBACH HALL, WILLIAM REICHENBACH
aka WILLY REICHENBACH individually and KEITH
REICHENBACH individually,

                     Defendant.
---------------------------------------------------------------------

Civil Action No.
22-cv-02777-CM-JLC

**AFFIDAVIT IN SUPPORT OF
DEFENDANTS' MOTION TO
DISMISS AND COMPEL**

## AFFIDAVIT IN SUPPORT OF WILLY REICHENBACH

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF NEW YORK  )

        Willy Reichenbach, being duly sworn according to law, does depose and say:

        1.       I am an owner of defendant Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall ("Reichenbach Hall"). I submit this affidavit in support of Defendants Reichenbach Hall, William Reichenbach and Keith Reichenbach's (collectively, the "Defendants") motion to compel arbitration and dismiss the Complaint (the "Complaint") filed by Plaintiffs Lorena Mercedes ("Mercedes"), Ethel Dubouzet ("Dubouzet"), Barbora Simpson ("Simpson"), To Tran ("Tran") and Katrina Sanjongco Coyle[1] ("Coyle") (collectively "Plaintiffs").

        2.       A true and accurate copy of the arbitration agreement between Lorena Mercedes and Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall is attached as Exhibit A.

---

[1] Tran and Coyle are opt-in Plaintiffs.

3. A true and accurate copy of the arbitration agreement between Ethel Dubouzet and Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall is attached as Exhibit B.

4. A true and accurate copy of the arbitration agreement between Barbora Simpson and Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall is attached as Exhibit C.

5. A true and accurate copy of the arbitration agreement between To To Tran and Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall is attached as Exhibit D.

6. A true and accurate copy of the arbitration agreement between Katrina Sanjongco Coyle and Manhattan Food & Bev Ltd. d/b/a Reichenbach Hall is attached as Exhibit E.

7. Each Plaintiff's execution and consent to the arbitration agreement was a condition to their employment with Reichenbach Hall.

Dated: June 6, 2022
New York, NY

_____
WILLY REICHENBACH

Sworn to before me this
6 day of June, 2022

_____
Notary Public

STEVEN CASSANO
Notary Public - State of New York
NO. 01CA6239149
Qualified in Richmond County
My Commission Expires Apr 18, 2023

2

# EXHIBIT A

## ACKNOWLEDGMENT OF AND AGREEMENT WITH REICHENBACH HALL ARBITRATION POLICY

I hereby agree to submit to binding arbitration all disputes and claims arising out of employment with the company, that all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association and the laws of the State of New York. This document contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

All claims shall be brought exclusively in an individual capacity and neither party will have the right to commence, join or otherwise participate in a class action; a representative action; a collective action; a class arbitration or mediation; a representative arbitration or mediation; or a collective arbitration or mediation. No party can begin, join or participate in any of the foregoing as a class member; representative; or private attorney general. Neither can any party commence, join or consolidate their actions or claims with any other person or entity. No arbitrator or mediator shall have the authority to treat any claim as or convert any claim to a class, representative, collective, joined or consolidated action.

I agree that I first received this document to review and discuss with an attorney, if I so chose to, and was given a minimum of twenty-one (21) calendar days before signing it. I do hereby further acknowledge that I have had the opportunity to consult with an attorney of my choice prior to signing voluntarily and of my own free will.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH AFFECTS YOUR LEGAL RIGHTS AND MAY BE ENFORCED BY THE PARTIES.**

My signature on this document acknowledges that I understand the above Arbitration Policy and agree to abide by its conditions. I also acknowledge that I understand my employment is at-will and may be terminated at any time, with or without reason, by either Reichenbach Hall/it's affiliates or myself. I further agree that, in accordance with Reichenbach Hall's Arbitration Policy that I will submit any dispute - including but not limited to my termination - arising under or involving my employment with Reichenbach Hall to binding arbitration within one (1) year from the date the dispute first arose. I agree that arbitration shall be the exclusive forum for resolving all disputes arising out of or involving my employment with Reichenbach Hall and/or its affiliates or the termination of that employment. I agree that I am entitled to legal representation, at my own cost, during arbitration. I further understand that I am responsible for half of the cost of the arbitrator and any incidental costs of arbitration.

LORENA MERCEDES  
Employee Name (printed)

Date: 10/28/2021

_[Employee Signature]_  
Employee Signature

Alexu Lonvinn  
Manager or corp. executive Print Name

_[Manager Signature]_  
Manager Signature

Date: 10-28-2021

Note to the employee: The original of this form is placed in your personnel file. The general manager upon request will give a copy of this form to you.

# EXHIBIT B

## ACKNOWLEDGMENT OF AND AGREEMENT WITH REICHENBACH HALL ARBITRATION POLICY

I hereby agree to submit to binding arbitration all disputes and claims arising out of employment with the company, that all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association and the laws of the State of New York. This document contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

All claims shall be brought exclusively in an individual capacity and neither party will have the right to commence, join or otherwise participate in a class action; a representative action; a collective action; a class arbitration or mediation; a representative arbitration or mediation; or a collective arbitration or mediation. No party can begin, join or participate in any of the foregoing as a class member; representative; or private attorney general. Neither can any party commence, join or consolidate their actions or claims with any other person or entity. No arbitrator or mediator shall have the authority to treat any claim as or convert any claim to a class, representative, collective, joined or consolidated action.

I agree that I first received this document to review and discuss with an attorney, if I so chose to, and was given a minimum of twenty-one (21) calendar days before signing it. I do hereby further acknowledge that I have had the opportunity to consult with an attorney of my choice prior to signing voluntarily and of my own free will.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH AFFECTS YOUR LEGAL RIGHTS AND MAY BE ENFORCED BY THE PARTIES.**

My signature on this document acknowledges that I understand the above Arbitration Policy and agree to abide by its conditions. I also acknowledge that I understand my employment is at-will and may be terminated at any time, with or without reason, by either Reichenbach Hall/it's affiliates or myself. I further agree that, in accordance with Reichenbach Hall's Arbitration Policy that I will submit any dispute - including but not limited to my termination - arising under or involving my employment with Reichenbach Hall to binding arbitration within one (1) year from the date the dispute first arose. I agree that arbitration shall be the exclusive forum for resolving all disputes arising out of or involving my employment with Reichenbach Hall and/or its affiliates or the termination of that employment. I agree that I am entitled to legal representation, at my own cost, during arbitration. I further understand that I am responsible for half of the cost of the arbitrator and any incidental costs of arbitration.

ethel  DUBOUZET                                    9-22-20
_____           _____
Employee Name (printed)                                Date

_[signature]_
_____
Employee Signature

TAck Nguyen
_____
Manager or corp. executive Print Name

_[signature]_                                              9-22-20
_____           _____
Manager Signature                                      Date

Note to the employee: The original of this form is placed in your personnel file. The general manager upon request will give a copy of this form to you.

# EXHIBIT C

## ACKNOWLEDGMENT OF AND AGREEMENT WITH REICHENBACH HALL ARBITRATION POLICY

I hereby agree to submit to binding arbitration all disputes and claims arising out of employment with the company, that all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association and the laws of the State of New York. This document contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

All claims shall be brought exclusively in an individual capacity and neither party will have the right to commence, join or otherwise participate in a class action; a representative action; a collective action; a class arbitration or mediation; a representative arbitration or mediation; or a collective arbitration or mediation. No party can begin, join or participate in any of the foregoing as a class member; representative; or private attorney general. Neither can any party commence, join or consolidate their actions or claims with any other person or entity. No arbitrator or mediator shall have the authority to treat any claim as or convert any claim to a class, representative, collective, joined or consolidated action.

I agree that I first received this document to review and discuss with an attorney, if I so chose to, and was given a minimum of twenty-one (21) calendar days before signing it. I do hereby further acknowledge that I have had the opportunity to consult with an attorney of my choice prior to signing voluntarily and of my own free will.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH AFFECTS YOUR LEGAL RIGHTS AND MAY BE ENFORCED BY THE PARTIES.**

My signature on this document acknowledges that I understand the above Arbitration Policy and agree to abide by its conditions. I also acknowledge that I understand my employment is at-will and may be terminated at any time, with or without reason, by either Reichenbach Hall/it's affiliates or myself. I further agree that, in accordance with Reichenbach Hall's Arbitration Policy that I will submit any dispute - including but not limited to my termination - arising under or involving my employment with Reichenbach Hall to binding arbitration within one (1) year from the date the dispute first arose. I agree that arbitration shall be the exclusive forum for resolving all disputes arising out of or involving my employment with Reichenbach Hall and/or its affiliates or the termination of that employment. I agree that I am entitled to legal representation, at my own cost, during arbitration. I further understand that I am responsible for half of the cost of the arbitrator and any incidental costs of arbitration.

_[signature]_  BARBORA SIMPSON          Date: 09/09/2021
Employee Name (printed)

_[signature]_
Employee Signature

Willy Reichenbach
Manager or corp. executive Print Name

_[signature]_ Willy Reichenbach          Date: 9-9-21
Manager Signature

Note to the employee: The original of this form is placed in your personnel file. The general manager upon request will give a copy of this form to you.

# EXHIBIT D

## ACKNOWLEDGMENT OF AND AGREEMENT WITH REICHENBACH HALL ARBITRATION POLICY

I hereby agree to submit to binding arbitration all disputes and claims arising out of employment with the company, that all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association and the laws of the State of New York. This document contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

All claims shall be brought exclusively in an individual capacity and neither party will have the right to commence, join or otherwise participate in a class action; a representative action; a collective action; a class arbitration or mediation; a representative arbitration or mediation; or a collective arbitration or mediation. No party can begin, join or participate in any of the foregoing as a class member; representative; or private attorney general. Neither can any party commence, join or consolidate their actions or claims with any other person or entity. No arbitrator or mediator shall have the authority to treat any claim as or convert any claim to a class, representative, collective, joined or consolidated action.

I agree that I first received this document to review and discuss with an attorney, if I so chose to, and was given a minimum of twenty-one (21) calendar days before signing it. I do hereby further acknowledge that I have had the opportunity to consult with an attorney of my choice prior to signing voluntarily and of my own free will.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH AFFECTS YOUR LEGAL RIGHTS AND MAY BE ENFORCED BY THE PARTIES.**

My signature on this document acknowledges that I understand the above Arbitration Policy and agree to abide by its conditions. I also acknowledge that I understand my employment is at-will and may be terminated at any time, with or without reason, by either Reichenbach Hall/it's affiliates or myself. I further agree that, in accordance with Reichenbach Hall's Arbitration Policy that I will submit any dispute - including but not limited to my termination - arising under or involving my employment with Reichenbach Hall to binding arbitration within one (1) year from the date the dispute first arose. I agree that arbitration shall be the exclusive forum for resolving all disputes arising out of or involving my employment with Reichenbach Hall and/or its affiliates or the termination of that employment. I agree that I am entitled to legal representation, at my own cost, during arbitration. I further understand that I am responsible for half of the cost of the arbitrator and any incidental costs of arbitration.

____TO TRAN____  
Employee Name (printed)

____6-18-2021____  
Date

____[signature]____  
Employee Signature

____JACK NGUYEN____  
Manager or corp. executive Print Name

____[signature]____  
Manager Signature

____06/18/2021____  
Date

Note to the employee: The original of this form is placed in your personnel file. The general manager upon request will give a copy of this form to you.

# EXHIBIT E

# ACKNOWLEDGMENT OF AND AGREEMENT
# WITH REICHENBACH HALL ARBITRATION POLICY

I hereby agree to submit to binding arbitration all disputes and claims arising out of employment with the company, that all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association and the laws of the State of New York. This document contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

All claims shall be brought exclusively in an individual capacity and neither party will have the right to commence, join or otherwise participate in a class action; a representative action; a collective action; a class arbitration or mediation; a representative arbitration or mediation; or a collective arbitration or mediation. No party can begin, join or participate in any of the foregoing as a class member; representative; or private attorney general. Neither can any party commence, join or consolidate their actions or claims with any other person or entity. No arbitrator or mediator shall have the authority to treat any claim as or convert any claim to a class, representative, collective, joined or consolidated action.

I agree that I first received this document to review and discuss with an attorney, if I so chose to, and was given a minimum of twenty-one (21) calendar days before signing it. I do hereby further acknowledge that I have had the opportunity to consult with an attorney of my choice prior to signing voluntarily and of my own free will.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH AFFECTS YOUR LEGAL RIGHTS AND MAY BE ENFORCED BY THE PARTIES.**

My signature on this document acknowledges that I understand the above Arbitration Policy and agree to abide by its conditions. I also acknowledge that I understand my employment is at-will and may be terminated at any time, with or without reason, by either Reichenbach Hall/it's affiliates or myself. I further agree that, in accordance with Reichenbach Hall's Arbitration Policy that I will submit any dispute - including but not limited to my termination - arising under or involving my employment with Reichenbach Hall to binding arbitration within one (1) year from the date the dispute first arose. I agree that arbitration shall be the exclusive forum for resolving all disputes arising out of or involving my employment with Reichenbach Hall and/or its affiliates or the termination of that employment. I agree that I am entitled to legal representation, at my own cost, during arbitration. I further understand that I am responsible for half of the cost of the arbitrator and any incidental costs of arbitration.

_Katrina Coyle_
Employee Name (printed)

_10/20/2021_
Date

_Coyle_
Employee Signature

_Alexee Connor_
Manager or corp. executive Print Name

_[signature]_
Manager Signature

_10/20/2021_
Date

Note to the employee: The original of this form is placed in your personnel file. The general manager upon request will give a copy of this form to you.