# The Rose Law Group, PLLC
### Attorneys at Law

Jesse C. Rose, Esq.
JRose@TheRoseLawGroup.com
32-72 Steinway Street, Suite 503, Astoria, New York 11103
Direct: (718) 989-1864  Fax: (917) 831-4595
www.TheRoseLawGroup.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2022

November 15, 2022

**Via ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York

MEMO ENDORSED

11/16/2022
Conference adjourned to 12/15/2022 @ 10:30 AM.
*Colleen McMahon*

Re: Mercedes et al v. Manhattan Food & Bev Ltd et al
    Case No.: 22-cv-2777 (CM)

Dear Judge McMahon:

I represent the Plaintiffs in the above captioned suit and write to request that the conference scheduled for December 1, 2022 at 10:45 am be adjourned due to a conflict in my schedule. Opposing counsel, Michael Futterman, consents to this request, This is the first request for an adjournment. I have consulted with Mr. Futterman and we can both be available on December 2, 6, or 7.

Thank You for Your Honor's time and attention to this matter.

Respectfully,

Jesse C. Rose

CC: Michael Futterman, Esq. (Via ECF)