```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

MERCEDES ET AL.,

        Plaintiff,

No. 22-cv-02777

v.

MANHATTAN FOOD & BEVERAGE LTD. ET AL.,

        Defendant.

---------------------------------------------------------------x

## SCHEDULING ORDER

McMahon, J.:

The Court having convened a conference in this action enters the following schedule:

- **January 20, 2023**, discovery into the circumstances under which each named plaintiff signed the agreement to arbitrate to close.

- **January 30, 2023**, each side to file a report with the court summarizing the results of that discovery by close of business.

- The parties thereafter shall be on 72 hours' notice for a hearing (with live witnesses) to resolve the issues of fact needed to decide the motion to dismiss.

Dated: December 16, 2022

                                                  _/s/ Colleen McMahon_
                                                  U.S.D.J.

BY ECF TO ALL PARTIES