UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

LORENA MERCEDES, ETHEL DUBOUZET, and
BARBORA SIMPSON on behalf of themselves and others
similarly situated,

                          Plaintiffs,          Index No.: 22-CV-02777-CM

      -against-           STIPULATION OF DISMISSAL

MANHATTAN FOOD & BEV LTD. d/b/a REICHENBACH
HALL, WILIAM REICHENBACH aka WILLY
REICHENBACH *individually*, and KEITH REICHENBACH
*individually*,

                          Defendants.
----------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiffs and Defendants that any and all claims asserted by Plaintiffs in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: July 10, 2024                            Dated: July 10, 2024
      Astoria, NY                                  New York, NY

   /s/Jesse C. Rose                        /s/Michael Futterman, Esq.
Jesse Rose, Esq.                            Michael Futterman, Esq.
The Rose Law Group, PLLC            Duane Morris, LLP
3272 Steinway Street; Suite 503         1540 Broadway
Astoria, NY 11102                       New York, New York 10036

*Attorney for Plaintiffs*                    *Attorneys for Defendants*

SO ORDERED:

7/11/2024

                                            HON. JUDGE COLLEEN MCMAHON